**541**

555 P.2d 136
**In the Matter of Charles DRISCOLL,
Attorney at Law.**
**No. 10845.**

Supreme Court of New Mexico.
April 28, 1976.

Disciplinary Proceeding.

This matter coming on for consideration by the Court upon Recommendations and Submission of Record by the Disciplinary Board, and Charles Driscoll appearing in person before the Court; Mr. Chief Justice Oman, Mr. Justice McManus, Mr. Justice Stephenson, Mr. Justice Montoya and Mr. Justice Sosa sitting;

NOW, THEREFORE, IT IS ORDERED that the Recommendations of the Disciplinary Board be and the same are hearby adopted and approved by the Court; that Charles Driscoll be and he hereby is publicly censured by the Supreme Court by reason of his violation of Disciplinary Rule 1–102(A)(6), and engaging in conduct in violation of Disciplinary Rule 1–102(A)(6).

S/JOHN B. McMANUS, Jr.,
Acting Chief Justice of the Supreme Court